**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**In Re: Grace P. Compton**                                  **Case No.  19-30218-KKS**
                                                             **Chapter 7**
                                                             **Judge Specie**

       **Debtor(s)**
_____/

**REPORT AND NOTICE OF INTENTION**
**TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE**

**TO: Debtor(s), Creditors, and Parties in Interest:**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
> **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f). If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Sherry Chancellor Trustee, 619 West Chase St. Pensacola, FL 32502, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

NOTICE IS HEREBY GIVEN that the Trustee intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

**1) Description and Value of Property:** All Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

　　　Legal: Lot 10-E, Block A, Villas at Silverton, Phase 2, according to the plat thereof, recorded in plat book 17, page 94, of the Public Records of Escambia County, Florida.

　Property 1- Address: 7898 Stonebrook Dr. Pensacola, FL 32514

**2) Manner of Sale:**　　　Private (x )* Public Auction ( )

**3) Terms of Sale:**

　　　a) Purchaser(s): 7898 Stonebrook Dr. Pensacola Land Trust, CDC Capital Investments LLC as Trustee.

　　　b) "As is," "where is" with no warranties expressed or implied. This sale is subject to any known or unknown, liens, encumbrances, and Debtor's exemptions; and any such liens or encumbrances will not attach to the proceeds of this sale.

　　　c) Purchaser (s) shall pay all applicable State Documentary Stamps.

　　　d)  Selling price as negotiated between the parties, $2,500.00.

　　　e) All payments shall be made to **Sherry Chancellor, Trustee, 619 West Chase St. Pensacola, FL 32502**

*The purchase price(s) was/were established by review of the schedules and any

additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice. Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder. Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date: 3/11/19

**/s/ Sherry Chancellor**
**SHERRY CHANCELLOR**
CHAPTER 7 TRUSTEE
619 West Chase St.
Pensacola, Florida 32502
PH: 850.436.8445
Sherry.chancellor@yahoo.com